UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>         PLAINTIFF,                         )  <br>                                                  )  <br> v.                                             )  CASE NO. 1:16-CR-115-RWS-1  <br>                                                  )  <br> KAREN MCCALLOP,                  )  <br>         DEFENDANT.                      )  <br>_____) | |

This matter having come before the Court on counsel's third motion to withdraw, and good cause appearing, Counsel's motion to withdraw as attorney for Ms. McCallop is **GRANTED**.

SO ORDERED this 3rd day of ~~March~~ April 2017.

The Hon. Richard W. Story
United States District Judge