IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA          :
                                  :
    Plaintiff,                    :
                                  :
vs.                               :   NO.  1:16-CR-115-RWS
                                  :
KAREN MCCALLOP                    :
                                  :
    Defendant.                    :

**ORDER REVOKING PROBATION-JUDGMENT AND COMMITMENT**

On the 3rd day of August, 2017 came the attorney for the government and the defendant appeared in person and with counsel Rebecca Shepard.

A probation officer of this Court having moved the Court to revoke the probation heretofore granted the defendant on April 17, 2013 for the period of five (5) years, the defendant having admitted that she violated the terms and conditions of her probation, it is

ORDERED BY THE COURT that the term of Probation be, and the same is hereby **REVOKED**.

IT IS ADJUDGED that the defendant, having been found guilty of said offense(s), is hereby committed to the custody of the Bureau of Prisons for a period of **FOUR (4) MONTHS** with no supervised release to follow.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as

the commitment of the defendant.

SO ORDERED, this __3rd__ day of August, 2017.

Richard W. Story
Judge, United States District Court