IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL CASE NO. |
| | ) | 1:16-CR-00115-RWS |
| KAREN MCCALLOP | ) | |

## NOTICE OF APPEAL

Notice is hereby given that defendant, KAREN MCCALLOP, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the final judgment and sentence entered in the above-captioned case on August 3, 2017.

DATED:  This 17th day of August, 2017.

                              Respectfully Submitted,

                              */s/ Rebecca Shepard*
                              Rebecca Shepard
                              Georgia Bar No. 780692
                              Attorney for Karen McCallop

FEDERAL DEFENDER PROGRAM, INC.
Suite 1500, Centennial Tower
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530/Fax (404) 688-0768
Rebecca_Shepard@fd.org

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing Notice of Appeal which was formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1B, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

>Nicholas Hartigan, Esq.
>Assistant United States Attorney
>600 Richard B. Russell Building
>75 Ted Turner Drive, S. W.
>Atlanta, Georgia  30303

Dated:  This 17th day of August, 2017.

>*/s/ Rebecca Shepard*
>Rebecca Shepard
>Georgia Bar No. 780692
>Attorney for Karen McCallop