# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 31, 2018

Mr. Nicholas Joseph Hartigan
U.S. Attorney's Office
75 TED TURNER DR SW STE 600
ATLANTA, GA 30303

Appeal Number:  17-13708-HH
Case Style:  USA v. Karen McCallop
District Court Docket No:  1:16-cr-00115-RWS-1

The enclosed copy of this Court's Corrected Order of Dismissal is issued as the mandate of this
court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R.
27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the
entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Christopher Bergquist, HH
Phone #: 404-335-6169

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

**CORRECTED**

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  17-13708-HH

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KAREN MCCALLOP,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

Before: JORDAN, JILL PRYOR and HULL, Circuit Judges.

BY THE COURT:

Appellee's "Motion to Dismiss Appeal and to Stay Briefing Schedule" is GRANTED.